1044

No. 88–5695. SIMMONS v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. Certiorari denied.

No. 88–5722. RUIZ v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 88–5742. YANEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–5821. COX v. UNITED STATES; and
No. 88–5842. CARTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–5866. EZEODO v. UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 88–5918. RUFFIN v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–5947. SQUIRES v. FLEMING, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 88–5952. BILDER v. OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 88–5954. LIS v. MAMOTT ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–5956. WILLIAMS v. ARN, SUPERINTENDENT, OHIO STATE REFORMATORY FOR WOMEN. C. A. 6th Cir. Certiorari denied.

No. 88–5960. DODRILL v. TATE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTE. C. A. 6th Cir. Certiorari denied.

No. 88–5962. GRANT v. KERBY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–5963. JIMENEZ v. CALIFORNIA; and IN RE JIMENEZ. Ct. App. Cal., 6th App. Dist. Certiorari denied.